No. 72–456. STAR INDUSTRIES, INC. v. UNITED STATES. C. C. P. A. Certiorari denied.

No. 72–502. IRONS v. COMMISSIONER OF PATENTS. C. A. D. C. Cir. Certiorari denied.

No. 72–523. PLANTATION PATTERNS, INC., ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 72–545. LIBERTY AMENDMENT COMMITTEE OF THE U. S. A. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 72–557. SMITH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–567. BEAUCHAMP v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–568. KRAUDE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–575. SHAMEIA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 72–578. BUBLICK v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–593. TRAVIS-EDWARDS, INC. v. HODGSON, SECRETARY OF LABOR. C. A. 5th Cir. Certiorari denied.

No. 72–604. NEW JERSEY ET AL. v. SMITH. C. A. 3d Cir. Certiorari denied.

No. 72–653. LAIRD, SECRETARY OF DEFENSE, ET AL. v. ANDERSON ET AL. C. A. D. C. Cir. Certiorari denied.